### Valerie HATLEY, Appellant,

v.

### DIVISION OF EMPLOYMENT SECURITY, Respondent.

### No. WD 72453.

Missouri Court of Appeals,
Western District.

Dec. 30, 2010.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 1, 2011.

Valerie Hatley, Appellant pro-se.

Bart A. Matanic, for Respondent.

Before Division Three: ALOK AHUJA, Presiding Judge, VICTOR C. HOWARD, Judge and CYNTHIA L. MARTIN, Judge.

### ORDER

PER CURIAM:

Valerie Hatley appeals the decision of the Labor and Industrial Relations Commission, which found that Hatley was discharged for misconduct connected with work and was, therefore, disqualified from receiving unemployment benefits. On appeal, Hatley claims that the Commission's findings were not supported by competent and substantial evidence. Because a pub-

lished opinion would have no precedential value, a memorandum has been provided to the parties.

The decision of the Commission is affirmed. Rule 84.16(b).